UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTY BERGUM,<br><br>  Plaintiff,<br><br>  v.<br><br>SACRAMENTO COUNTY DHHS CHILD PROTECTIVE SERVICES; SUPERIOR COURT OF THE STATE OF CALIFORNIA; PARENT ADVOCATES OF SACRAMENTO,<br><br>  Defendants. | No.  2:19-cv-00058-TLN-EFB<br><br>**ORDER** |

Plaintiff Kristy Bergum ("Plaintiff"), who is proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 22, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen (14) days.  (ECF No. 8.)  No objections to the findings and recommendations have been filed.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28

U.S.C. § 636(b)(1).  Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

      Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations filed September 22, 2020 (ECF No. 8), are adopted in full;

    2.  Plaintiff's First Amended Complaint (ECF No. 7) is DISMISSED without leave to amend for failure to state a claim; and

    3.  The Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

DATED:  October 21, 2020

_____
Troy L. Nunley
United States District Judge